```
BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2744
```

FILED

AUG 0 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | S.W. NO.: 2:09-SW-0135-GGH |
|---|---|
| 12636 Contini Mine Road, Jackson, California | ORDER |

The government's request to unseal the Search Warrant and this case is GRANTED.

SO ORDERED:

DATED: August 3, 2012

HON. EDMUND F. BRENNAN
U.S. Magistrate Judge